Order entered November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00520-CR

### HENRY ARNOLD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 1
### Dallas County, Texas
### Trial Court Cause No. MB09-31021

## ORDER

On October 2, 2012, the Court ordered the parties to file, within thirty days, a written stipulation stating either: (1) the portion, if any, of the audio recording that could be retrieved; and (2) whether the parties can agree to the content of that transcription; or (3) that no portion of the audio recording can be retrieved. To date, we have not received the parties' stipulation.

Accordingly, we **ORDER** the parties to file, within **TEN DAYS** of the date of this order a written stipulation stating either: (1) the portion, if any, of the audio recording could be retrieved; and (2) whether the parties can agree to the content of that transcription; or (3) that no portion of the audio recording can be retrieved.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.



_____
LANA MYERS
JUSTICE